# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachary Roberts,<br><br>　　　　Plaintiff,<br><br>　　　vs.<br><br>The Young Turks, Inc.,<br><br>　　　　Defendant. | Case No.: CV 22-1190-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [16]** |

　　　The parties having filed a Stipulation of Dismissal of Civil Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Stipulation"), IT IS HEREBY ORDERED that:

　　　1.　　The above-captioned action is dismissed with prejudice; and

　　　2.　　Each party shall bear its own costs and attorneys' fees.

DATED: June 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE